Associate Chief Justice NEHRING,
dissenting:
T59 I respectfully dissent. Mr. Collins possessed a right to appeal, protected by the Utah Constitution The majority reasons that if a defendant claims to have been deprived of his right to appeal, he must demonstrate that he would have appealed had he been properly advised of his appeal rights. I am baffled how a defendant could make the showing necessary to overcome a claim of harmlessness when he did not even know of his right to appeal. A decision to commence or forgo an appeal involves a multitude of considerations. Knowledge of the existence of a right of appeal is, by far, the most important of these considerations. A defendant who does not know he has a right of appeal cannot be penalized for failing to exercise it. Accordingly, I would affirm the court of appeals.